LENT ET UX. *v.* THE FIRST NATIONAL BANK OF NAPOLEON, OHIO.

SUPREME COURT.—*Removal of Brief.*—Where the brief of an appellant has been removed from the files of the Supreme Court, and, on due and reasonable notice, he fails to return it or file another, the judgment will be affirmed.

From the DeKalb Circuit Court.

*J. M. Coombs, J. Morris* and *R. C. Bell,* for appellants.

*R. W. McBride* and *J. L. Morlan,* for appellee.

BIDDLE, J.—The transcript in this case was filed January 6th, 1875.

On the 29th of November, 1876, the case was submitted by the appellee. The papers were withdrawn, and re-

mained from the files until May 12th, 1878, at which time they were returned without the briefs of the parties, which had been previously filed.

On the 15th of May, 1878, the counsel for appellants were informed that their brief was not on file, and were desired to return it to the files, or supply one in its stead.

Up to the present time, May 15th, 1879, no brief has been returned or supplied.

The judgment is therefore affirmed, at the costs of the appellants.